[No. 3011–1. Division One. December 5, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ELIGE
TURNER, *Appellant.*

Appeal from judgments of the Superior Court for King
County, Nos. 66763, 74388, 69658, 70857, Lloyd W. Bever,
William C. Goodloe, and Frank H. Roberts, Jr., JJ., entered

1048

April 23, 1974, February 10 and July 1, 1975, and January 23, 1976. *Affirmed* by unpublished per curiam opinion.